ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Nos. 1:25-mj-00124-EPG;<br>　　　　　1:26-cr-00029-KES-EPG |
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA AND SENTENCING; ORDER |
| v. | |
| ULISES MARROQUIN-MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for March 2, 2026, can be vacated and a change of plea hearing can be scheduled for March 23, 2026, before the assigned District Judge.  The parties have filed a plea agreement to resolve this case.

///

///

///

The parties agree that time shall be excluded from February 23, 2026, through March 23, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  February 23, 2026

*/s/ Roger Bonakdar*
Roger Bonakdar
Counsel for Ulises Marroquin-Martinez

Dated:  February 23, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-MJ-00124-EPG |
| Plaintiff, | ORDER |
| v. | |
| ULISES MARROQUIN-MARTINEZ, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for March 2, 2026, is vacated, and a change of plea is scheduled for March 23, 2026, before the assigned District Judge.

///

///

///

Time shall be excluded from February 23, 2026, through March 23, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   __**February 24, 2026**__            /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE