BONAKDAR
LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527
Attorney for DEFENDANT, ULISES MARROQUIN-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:26-CR-00029-KES-EPG |
| Plaintiff, | ORDER OF RELEASE |
| v. | Sentencing: June 8, 2026 |
| ULISES MARROQUIN-MARTINEZ, | |
| Defendant. | |

The above-named defendant having been sentenced on June 8, 2026, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith in this criminal case.

IT IS SO ORDERED.

Dated:    June 8, 2026    

_____
UNITED STATES DISTRICT JUDGE

1
**RELEASE ORDER**